## IN THE MATTER OF THE ADOPTION OF A MALE MINOR CHILD.

### No. 4622.

MARCH 14, 1968.

## RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Gene A. Trini* for the petition.